# IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL, : No. 2028 Disciplinary Docket No. 3
                Petitioner :
                             : No. 7 DB 2014
             v. :
                             : Attorney Registration No. 83769
PETER C. IBE, :
              Respondent : (Out of State)

## O R D E R

**PER CURIAM**

**AND NOW**, this 18th day of June, 2015, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board dated May 28, 2015, the Joint Petition in Support of Discipline on Consent is hereby granted pursuant to Pa.R.D.E. 215(g),

and it is

ORDERED that Peter C. Ibe is suspended on consent from the Bar of this Commonwealth for a period of two and one-half years, and he shall comply with all the provisions of Pa.R.D.E. 217.